ACCEPTED
03-15-00292-CV
5844254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 2:34:55 PM
JEFFREY D. KYLE
CLERK



# City of Austin

# Law Department

City Hall, 301 West 2nd Street, P.O. Box 1546
Austin, Texas 78767-1546

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/26/2015 2:34:55 PM

JEFFREY D. KYLE
Clerk

Writer's Direct Line
(512) 974-2419

Writer's Fax Line
(512) 974-1311

June 26, 2015

**Via E-Filing to:**
Sean E. Breen
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

Mike Davis
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746

      Re:  <u>Vacation Letter</u>
           Cause No. 03-15-00292-CV; The City of Austin v. Jennifer Frame, Individually, and as Personal Representative of the Estate of John William Griffith; Greg Griffith; Cheryl Burris; and Diana Pulido

Dear Counsel:

I am out of the country June 27th through July 13th, as well as August 30th through September 4th and cannot be reached. Please contact Cathy Curtis, Legal Assistant, at 974-2691 for assistance in my absence.

Sincerely,

/s/ Chris Edwards

Chris Edwards
Assistant City Attorney